[No. 13831-3-III.   Division Three.   May 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EULOGIO SAUCILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 93-1-50137-3, Duane E. Taber, J., entered December 14, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Sweeney and Schultheis, JJ.

[No. 14073-3-III.   Division Three.   May 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. R.W.C., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01080-5, Susan L. Hahn, J., entered May 16, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Sweeney, C. J., and Thompson, J.

[No. 14802-5-III.   Division Three.   May 2, 1996.]

DENNIS DEYOUNG, ET AL, *Appellants*, v. CENEX LTD, ET AL., *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 92-2-00821-8, Michael E. Cooper, J., entered July 8, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

[No. 17830-3-II.   Division Two.   May 3, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. ERIK A. LUNDGREN, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 93-1-00208-7, Gordon Godfrey, J., entered December 27, 1993. *Affirmed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Seinfeld, C.J., and Bridgewater, J.